AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

FILED
APR - 2 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| United States of America<br>v.<br>Jeremy James Morton<br><br>*Defendant(s)* | Case No.<br>**4-12-70375 MAG** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 16, 2012** in the county of **Contra Costa** in the **Northern** District of **California**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2113(a) | Bank Robbery<br>(Maximum penalties: 20 years in prison<br>3 years of supervised release<br>$250,000 fine<br>$100 special assessment<br>Forfeiture<br>Restitution) |

This criminal complaint is based on these facts:

See attached affidavit of Special Agent Matthew Ernst, FBI

☑ Continued on the attached sheet.

Approved as to form: _____
AUSA Christina McCall

_____
*Complainant's signature*

Matthew Ernst, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/2/12 3:00 pm

_____
*Judge's signature*

City and state: Oakland, California

Donna M. Ryu, U.S. Magistrate Judge
*Printed name and title*

1. I, Matthew Ernst, Special Agent, Federal Bureau of Investigation ("FBI"), Concord, California, being duly sworn state:

2. I am a Special Agent of the FBI and have been so employed since March of 2004. Prior to working for the FBI I was a police officer for the City of Antioch for over 5 years. Currently I am assigned to the Violent Crimes and Major Offender Squad at the Concord Resident Agency, San Francisco Field Office, where my responsibilities include the investigation of bank robberies. In connection with my official duties, I have participated in the investigation of Jeremy James Morton ("Morton") for offenses relating to the robbery of Bank of the West, located at 1969 Diamond Blvd., Concord, California, which occurred on February 16, 2012. In connection with my official duties, I have obtained the following information from officers and detectives from the Concord Police Department and from my own investigation. Due to my personal participation in this investigation, I am familiar with the facts and circumstances of this case. My experience as an FBI Special Agent and as a police officer, during which I have received training in the investigation of bank robberies and other criminal investigations, and my participation in this investigation as described above, form the basis of the opinions and conclusions set forth below.

3. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that, on or about February 16, 2012, Morton committed a bank robbery in violation of Title 18 United States Code § 2113(a).

4. On February 16, 2012, around 10 a.m., the Bank of the West, located at 1969 Diamond Blvd., Concord, California, a financial institution with deposits insured by the Federal Deposit Insurance Corporation (FDIC), was robbed by a black male (the robber). The robber approached the teller station

of MJ and said in a low, deep voice, "I want five thousand dollars." MJ did not understand what the robber was asking so she asked "what?" The robber then placed a piece of paper on the teller counter. MJ saw writing on the paper, but only saw the numbers "$5,000." The robber then said "Hurry up!" MJ said when the robber approached her he had a "serious look" on his face. In MJ's experience, normal customers do not talk in a low voice, say hurry-up or demand $5,000. Based on these facts, MJ believed she was being robbed. Fearing for her safety, MJ removed money from her teller drawer and handed it to the robber. The robber took the money, folded the money, along with his note, and placed them in his jacket pocket. The robber then walked out of the bank. MJ last saw the robber running through the parking lot. Another witness saw the robber running through a nearby parking lot, climb over the chain link fence, run up the embankment to the 680 freeway, and get into a car parked along the shoulder of the freeway.

5. A subsequent audit conducted by bank employees determined the total loss to be $2,054.00 in FDIC insured funds.

6. The robber was described by MJ as a black male adult, approximately 6'0" tall, slim build, short curly black hair, large tattoo on the right side of his neck written in cursive, wearing a white and black plaid jacket. Numerous bank surveillance photographs were obtained which provided a clear image of the robber's face.

7. On February 16, 2012, bank surveillance photographs were sent to surrounding law enforcement agencies requesting their assistance in identifying the robber. In the afternoon, Inspector Tai Nguyen with the Alameda County District Attorney's Office contacted Detective David Ishikawa at the Concord Police Department. Inspector Nguyen advised he had received the bank surveillance photos of the listed robbery and had provided them to individuals who were familiar with local parolees. Two separate California State Parole Agents recognized the robber in the bank surveillance photograph as

Jeremy Morton. Inspector Nguyen provided Morton's name and identifying information to Detective Ishikawa. A review of Morton's criminal history showed he was on active California State Parole for a bank robbery conviction in Stockton, California.

8. Detective Ishikawa and I obtained Morton's parole photograph and observed that he matched the individual depicted in the bank surveillance photograph, including a tattoo on the right side of Morton's neck written in cursive.

9. On February 28, 2012, around 3:15 pm, Detective David Ishikawa and I showed a photo line-up to MJ, the victim teller at Bank of the West, 1969 Diamond Blvd., Concord, California. MJ positively identified Morton in the photo line-up as the individual who robbed the bank. In addition, four additional bank employees were shown photo line-ups: AF; JS; JV; and NL. JS, JV and NL positively identified Morton as the individual who robbed the bank. AF pointed to Morton and said the robber looked "sort of like this guy here," but was unable to positively identify the robber.

10. Based on the above information, I believe that JEREMY JAMES MORTON committed the robbery of the Bank of the West, located at 1969 Diamond Blvd., Concord, CA, which occurred on February 16, 2012, in violation of Title 18 United States Code § 2113(a).

I request that a no bail arrest warrant be issued for JEREMY JAMES MORTON.

I declare under penalty of perjury that the statement above are true and correct to the best of my knowledge and belief.

_____
Matthew Ernst, Special Agent
Federal Bureau of Investigation


SWORN AND SUBSCRIBED TO BEFORE ME
THIS 2nd DAY OF ~~MARCH~~ APRIL, 2012.

_____
HON. DONNA M. RYU
United States Magistrate Judge